AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00573 |
| Floyd Ray Roseberry | ) Assigned to: Judge Faruqui, Zia M. |
| DOB | ) Assign Date: 8/20/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __08/19/2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2332a(a)(2)(A) | Weapons of Mass Destruction |
| 18 U.S.C. § 844(e) | Explosives |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Brandon Camiliere, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ (specify reliable electronic means).

Date: __08/20/2021__

*Judge's signature*

City and state: __Washington, DC__   U.S. Magistrate Judge Zia M. Faruqui
*Printed name and title*