AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Floyd Ray Roseberry

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00573
Assigned to: Judge Faruqui, Zia M.
Assign Date: 8/20/2021
Description: COMPLAINT W/ ARREST WARRANT

U.S. MARSHAL-DC PM2:20
RECEIVED AUG 20 '21

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Floyd Ray Roseberry ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2332a(a)(2)(A) and 18 U.S.C. § 844(e)

Date: 08/20/2021

2021.08.20
13:32:44 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

United States Magistrate Judge Zia M. Faruqui
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/20/21 , and the person was arrested on *(date)* 8/20/21 at *(city and state)* Washington DC . |
| Date: 8/20/21 |
| *Arresting officer's signature* |
| Alex Adkins DUSM |
| *Printed name and title* |