UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FLOYD RAY ROSEBERRY,<br><br>Defendant. | No. 21-mj-573-ZMF |

## ORDER

At the initial appearance of Floyd Ray Roseberry ("Defendant") held on August 20, 2021, before the undersigned Magistrate Judge, counsel for the government requested a forensic competency screening of Defendant for the reasons stated on the record. Pursuant to 18 U.S.C. § 4241 and for the reasons stated by government counsel and the Defendant on the record, it is hereby,

**ORDERED** that Defendant be examined by Dr. Teresa Grant, a psychologist for the District of Columbia Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), for the purpose of a forensic screening for a preliminary assessment of Defendant's competency and that after such examination a report be made to this Court as to:

(1) Whether Defendant is presently mentally competent to understand the nature and consequences of the proceedings against him and to properly assist in the preparation of his defense; and

(2) If the answer to the preceding question is in the negative, whether the examining psychologist believes Defendant should be transferred to a mental facility for

further examination and treatment.

The Court respectfully requests, but does not order, that the report generated because of this initial screening be completed by Tuesday, August 24, 2021, subject to the availability of staff resources to honor this request.

It is **FURTHER ORDERED** that Defendant be transported to the designated location for purposes of a competency evaluation at the date and time established by Dr. Grant.

It is **FURTHER ORDERED** that the Assistant United States Attorney assigned to this matter immediately submit the paperwork necessary to ensure the timely payment of the DBH for the forensic screening evaluation and report.  The assigned Assistant United States Attorney shall coordinate payment through the appropriate personnel in the United States Attorney's Office for the District of Columbia.

It is **FURTHER ORDERED** that the parties shall appear telephonically before the undersigned for a further hearing on this matter on Wednesday, August 25, 2021, at 4:00 p.m.

**SO ORDERED**.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE